**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | |
| JORGE PEREZ-CARBAJAL, : | CRIMINAL ACTION NO. |
| : | 2:14-CR-00019-RWS |
| Defendant. : | |
| : | |
| : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [6] of Magistrate Judge J. Clay Fuller. The Report and Recommendation finds that the Defendant's plea of guilty to have been knowingly and voluntarily made and finds that the charge to which the plea is entered is supported by an independent basis in fact establishing each of the essential elements of the offense. Judge Fuller recommends that the plea be accepted and the Defendant be adjudged guilty and sentence imposed accordingly. There has been no objection made to the Report and Recommendation.

AO 72A
(Rev.8/82)

Pursuant to Rule 11, Federal Rules of Criminal Procedure, the Report and Recommendation is hereby adopted and made the Order of this Court. The plea of guilty of the Defendant to Count One of the Information is hereby accepted, and the Defendant is hereby adjudged guilty of said offense. Sentencing shall be scheduled upon receipt of the presentence report.

**SO ORDERED** this __10th__ day of June, 2014.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)